IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**COREY L. FOX,**

**Plaintiff,**

**v.**

**BRADLEY WELLS, et al.,**

**Defendants.**  No. 03-CV-0128-DRH

### ORDER

**HERNDON, District Judge:**

On May 10, 2005, the parties filed a stipulation for dismissal with prejudice (Doc. 28). Based on the stipulation of dismissal, the Court **DISMISSES with prejudice** Plaintiff's cause of action. The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 10th day of May, 2005.

/s/   David RHerndon
**United States District Judge**